FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 11 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EDGAR MAZYCK, | No. CV 06-8029-R (AGR) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the action in this matter is dismissed without prejudice for failure to prosecute.

DATED: July 10, 2008

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE